**SEALED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:25-cr- 311 - RBD-RMN
18 U.S.C. § 1425(b)

ANA ZAHIA GONZALEZ
a/k/a Ana Zahia Garza
a/k/a Ana Zahia Massella Espat
a/k/a Ana Espat

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Between on or about October 20, 2016, and on or about July 13, 2017, in the

Middle District of Florida, and elsewhere, the defendant,

ANA ZAHIA GONZALEZ
a/k/a Ana Zahia Garza
a/k/a Ana Zahia Massella Espat
a/k/a Ana Espat

did knowingly apply for, procure, and obtain naturalization, citizenship, and a

certificate of naturalization and citizenship for herself, to which, as she then and

there well knew, she was not entitled, by falsely representing and causing to be

falsely represented in a Form N-400, Application for Naturalization, that she had not

ever given any U.S. Government officials any information or documentation that

was false, fraudulent, or misleading, when, as she then and there well knew, she had

given false, fraudulent, and misleading information and documentation to the United

Sates government when she submitted a false and fraudulent divorce decree with her application for naturalization.

All in violation of 18 U.S.C. § 1425(b).

## REVOCATION OF CITIZENSHIP

Upon conviction of Count One above, Gonzalez's naturalization shall, by Court order, be revoked, set aside, and declared void, and Gonzalez's certificate of naturalization shall, by the same order, be canceled.

Pursuant to 8 U.S.C. § 1451(e).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(6).

2. Upon conviction of a violation of 18 U.S.C. § 1425, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6):

    a. Any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense;

    b. Any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

    c. Any property that is used to facilitate, or is intended to be used to facilitate, the commission of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A        BILL,

$\overline{\text{F}}$        n

GREGORY W. KEHOE
United States Attorney

By: _____
Bianca S. Bansal
Special Assistant United States Attorney

By: _____
For    Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
November 25

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

## THE UNITED STATES OF AMERICA

vs.

### ANA ZAHIA GONZALEZ
a/k/a Ana Zahia Garza
a/k/a Ana Zahia Massella Espat
a/k/a Ana Espat

## INDICTMENT

Violations: 18 U.S.C. § 1425(b)

A true bill

_____

rson

Filed in open court this 19th day of November, 2025.

_____
Clerk

Bail $_____

GPO 863 525