## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 6:25-cr-311-RBD-RMN

ANA ZAHIA GONZALEZ

_____

### VERDICT

As to the offense of unlawful procurement of naturalization, in violation of

18 U.S.C. § 1425(b),

We, the Jury, find the Defendant, **ANA ZAHIA GONZALEZ**:

Not Guilty _____          Guilty __✓__

SO SAY WE ALL, this __14th__ day of April, 2026.